

**FITZGERALD ABBOTT & BEARDSLEY LLP**
ATTORNEYS AT LAW

1221 Broadway, 21st Floor  Oakland, CA 94612
reply to: P.O. Box 12867 Oakland, CA 94604-2867

tel 510.451.3300
fax 510.451.1527
www.fablaw.com

Dawn Newton
dnewton@fablaw.com

September 8, 2005

Hon. Phyllis J. Hamilton
**USDC, NORTHERN DISTRICT OF CALIFORNIA**
450 Golden Gate Ave 17th Floor Courtroom 3
San Francisco CA 94102-3425

    Re:    Katz, S., et al v. Round Hill Securities, et al
              Case No. C 05-1453 PJH

Dear Judge Hamilton:

    On behalf of both Petitioners and Respondents, we are requesting that the Case Management Conference currently set for next Thursday, September 15, 2005 be rescheduled for October 13, 2005 at 2:30 p.m.  We also request that the related deadlines be reset based on the new Case Management Conference date.  This request is made so that the ruling from the hearing on Petitioners' Petition and Respondents' Application can be issued.  That ruling is expected to eliminate the need for a Case Management Conference.  Respondents' counsel has approved this request.

    Thank you very much for your consideration in this matter.

                      Very truly yours,

                      FITZGERALD ABBOTT & BEARDSLEY LLP

                      By    Dawn Newton

Cc:    Michael R. Simmonds, Esq.  (via email)

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*